UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL ACTION** |
| **VERSUS** | * | **NO. 98-194** |
| **CALVIN BROWN** | * | **SECTION "B"** |

### ORDER & REASONS

Before the Court is Defendant's Motion to Reduce Sentencing Enhancement based on the United States Supreme Court decision Booker v. United States, 543 U.S. 220 (2005). (Rec. Doc. No. 336). Defendant acknowledges Booker provides no basis for this Court to re-consider his sentence. See United States v. Gentry, No. 04-11221 2005 U.S. App. LEXIS 26883 (5th Cir. Dec. 8, 2005) (holding Booker does not apply retroactively to initial section 2255 motions); In re Elwood, 408 F.3d 211 (5th Cir. 2005) (declining to apply Booker to cases on collateral review for purposes of successive section 2255 motions). Instead, Defendant wishes to preserve the issue in the event a future decision determines the issue in Booker may have retroactive application.

Accordingly, **IT IS ORDERED** Defendant's motion is **DENIED**.

New Orleans, Louisiana, this 15th day of February, 2006.

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____